# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2840
LT Case No. 2022-CF-763-A

_____

CHAUNTEL SAPP,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Jonathan E. Jordan, of Rier / Jordan, P.A., North Miami, for
Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

August 27, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____